PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kwan Chun Chan                                Cr.: 05-00660-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr., United States District Judge

Date of Original Sentence: May 1, 2006

Original Offense: Conspiracy to Violate the United States Export Laws, in violation of 18 U.S.C. § 371, a Class D felony

Original Sentence: Two (2) years probation; six (6) months home confinement; $100 special assessment.

Type of Supervision: Probation                    Date Supervision Commenced: May 1, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**<br><br>The offender failed to report part-time employment as a mail carrier with the United States Postal Service. |
| 2 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**<br><br>The offender falsified her monthly supervision reports for March and April 2007 by failing to list her employment with the Postal Service. |

U.S. Probation Officer Action:

During an unscheduled home visit on May 15, 2007, the undersigned officer observed a United States Postal employee identification card at the residence. This identification card reflected that offender's picture and personal pedigree information. The offender was confronted by the undersigned officer and the offender openly admitted her new employment with the United States Postal Service, as a part-time rural mail carrier. The offender reported that she quit her previous employment with B. Braun Medical Inc. in late March and failed to report such to the Probation Office. The offender further advised that she attempted to hide her new employment from the Probation Office because she falsified her employment application with the Postal Service by reporting that she did not have a criminal record. She reported that she was aware that the United States Postal Service had employment restrictions for individuals with prior criminal records. Further, she admitted that she falsified her March and April 2007 monthly supervision reports by noting incorrect employment information.

The offender was put on notice that it is our office's position that her employer would be notified of her criminal history and supervision status. The offender opposed making any such notification voluntarily.

Respectfully submitted,

By: Ryan A. Klein
U.S. Probation Officer
Date: May 23, 2007

[ ✓ ] Agree with U.S. Probation Officer action. Additionally, this correspondence will serve as an "Official Reprimand" from the Court, and Ms. Chan will be advised that further violation(s) may result in revocation of her term of probation.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5-30-07
Date